

1 **RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
2 **CARL R. HOUSTON, ESQ.**
Nevada Bar No. 11161
3 **LADAH LAW FIRM**
517 S. Third Street
4 Las Vegas, NV 89101
litigation@ladahlaw.com
5 T: 702.252.0055
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HENRY,<br><br>          Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>          Defendants. | 2:22-cv-00587-JCM-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE A RESPONSE TO DEFENDANT USAA GENERAL INDEMNITY COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD AND FOURTH CAUSES OF ACTIONS AND REQUEST FOR EXEMPLARY DAMAGES AND ATTORNEY'S FEES** |

Plaintiff, by and through his counsel of record Ladah Law Firm, and Defendant, by and through its counsel of record Spencer Fane LLP, hereby stipulate and agree to continue the time for filing a response to Defendant USAA General Indemnity Company's Motion to Dismiss Plaintiff's

///

///

///

///

///

///

///

Second, Third and Fourth Causes of Actions and Request for Exemplary Damages and Attorney's Fees, originally due on April 27, 2022, to May 3, 2022.

| | |
|---|---|
| DATED this 26th day of April 2022. | DATED this 26th day of April 2022. |
| **LADAH LAW FIRM** | **SPENCER FANE LLP** |
| /s/ Ramzy P. Ladah | /s/ Mary E. Bacon |
| **RAMZY P. LADAH, ESQ.**<br>Nevada Bar No. 11405<br>**CARL R. HOUSTON, ESQ.**<br>Nevada Bar No. 11161<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff* | **MARY E. BACON, ESQ.**<br>Nevada Bar No. 12686<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for Defendant,*<br>*USAA General Indemnity Company* |

## ORDER

This matter having come before this Court upon the Stipulation of the parties hereto as set forth above, and with good cause, the Plaintiffs will have until May 3, 2022, to file their response to Defendant USAA General Indemnity Company's Motion to Dismiss Plaintiff's Second, Third and Fourth Causes of Actions and Request for Exemplary Damages and Attorney's Fees.

**IT IS SO ORDERED** April 27, 2022.

_____
**U.S. DISTRICT JUDGE**