Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA General Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL HENRY,<br>    Plaintiff,<br><br> vs.<br><br>USAA GENERAL INDEMNITY COMPANY, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I THROUGH X, inclusive,<br>    Defendant. | Civil Action No. 2:22-cv-00587-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND, THIRD AND FOURTH CAUSES OF ACTION AND REQUEST FOR EXEMPLARY DAMAGES AND ATTORNEY'S FEES**<br>**<u>WITHOUT PREJUDICE</u>** |

Defendant USAA General Indemnity Company ("USAA GIC") and Plaintiff Michael Henry ("Henry" and collectively with USAA GIC referred to as the "Parties") stipulate and agree to as follows:

USAA GIC filed a Motion to Dismiss Plaintiff's Second, Third and Fourth Causes of Action and Request for Exemplary Damages and Attorneys Fees on April 13, 2022 (the "Motion") (ECF No. 5). After USAA GIC filed the Motion, Henry agreed to dismiss his second, third, and fourth cause of action and his request for exemplary damages and attorney's fees *without prejudice*. As such, the Parties agree Henry's only remaining cause of action is his first cause of action, for breach of contract. The Parties further agree that USAA GIC shall answer Henry's remaining cause of action by May 26, 2022.

Dated this 16th day of May, 2022.

| **LADAH LAW FIRM** | **SPENCER FANE LLP** |
|---|---|
| By: */s/ Carl Houston*<br>Carl R. Houston, Esq.<br>Nevada Bar No. 11161<br>*Attorney for Plaintiff* | By: */s/ Mary Bacon*<br>Mary E. Bacon, Esq.<br>NV Bar No. 12686<br>*Attorneys for USAA Casualty Insurance Company* |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: May 18, 2022 _____

1